| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br> HLADIK, ONORATO & FEDERMAN, LLP <br> Danielle Boyle-Ebersole, Esquire <br> Attorney for Movant <br> 298 Wissahickon Avenue <br> North Wales, PA 19454 <br> 215-855-9521 <br> Attorney for CSMC 2022-RPL4 Trust | |
| In Re: <br><br> Tracey Campbell aka Tracey Harvell <br> *Debtor* | Case No: 24-19320-JNP <br><br> Hearing Date: 11/20/2024 at 9:00AM <br><br> Chapter: 13 <br><br> Judge: Jerrold N. Poslusny, Jr. |

## OBJECTION TO CONFIRMATION OF THE PLAN

Movant, CSMC 2022-RPL4 Trust ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Tracey Campbell aka Tracey Harvell ("Debtor"), as follows:

1. As of the bankruptcy filing date of September 20, 2024, Movant holds a secured claim against the Debtor's property, located at: 306 Ivy Court, Marlton, NJ 08053 (the "Property").

2. Movant is in the process of filing a Proof of Claim by the 12/02/2024 bar date, with an estimated secured claim in the amount of $116,757.12, and estimated pre-petition arrears in the amount of $10,100.20.

3. The Plan currently proposes to pay Movant in the amount of $8,000.00 for pre-petition arrears.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 U.S.C. § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6.     Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtors is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

**WHEREFORE**, Movant respectfully requests that this Honorable Court deny confirmation of the Debtors' Chapter 13 Plan.

Respectfully submitted,

Dated: 10/16/2024

/s/ Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Attorney I.D. # 022792000
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone: 215-855-9521
Email: dboyle-ebersole@hoflawgroup.com
Attorney for Movant

2

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Danielle Boyle-Ebersole, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>215-855-9521<br>Attorney for CSMC 2022-RPL4 Trust | |
| In Re:<br><br>    Tracey Campbell aka Tracey Harvell<br>    *Debtor* | Case No: 24-19320-JNP<br><br>Hearing Date: 11/20/2024 at 9:00AM<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, Ashley Stranix:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Hladik, Onorato & Federman, LLP, who represents CSMC 2022-RPL4 Trust in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On October 17, 2024 I sent a copy of the following pleadings and/or documents to the parties listed below:

   Objection to Confirmation of the Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  October 17, 2024                    /s/ *Ashley Stranix*
                                             Ashley Stranix

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Tracey Campbell<br>aka Tracey Harvell<br>306 Ivy Court<br>Marlton, NJ 08053 | PRO SE Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Andrew B. Finberg, Esquire<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.