UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jeanie D. Wiesner
Sadek Law Offices
1500 JFK Blvd.
Ste 220
Philadelphia, PA 19102
215-545-0008
jeanie@sadeklaw.com

In Re:
Tracey Campbell, Debtor.

Case No.: 24-19320-JNP

Chapter: 13

Judge: Poslusny

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __Debtor Tracey Campbell__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:   Jeanie D. Wiesner
Sadek Law Offices
1500 JFK Blvd. Ste 220
Philadelphia, PA 19102

DOCUMENTS:

☐  All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒  All documents and pleadings of any nature.

Date: November 12, 2024

/s/ Jeanie D. Wiesner
Signature

*new.8/1/15*